IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AARON SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| JOSE. HEREDIA # 735, EUGENE UFONTI | ) | No. 00 C 4297 |
| # 745, R. VAUCENTO # 770, A. OCHOA | ) | Judge Moran |
| #23, HERMAN DAVILA, and SUSAN | ) | |
| WHITE, Individually, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**DOCKETED**

**JUL 2 6 2001**

TO: Paul A Farahvar
Fratterrigo Beranek Feiereisel & Kasbohm
55 West Monroe Street, Suite 3400
Chicago, IL 60603-5081

**PLEASE TAKE NOTICE** that on July 26, 2001, I filed with the Clerk of the United States District Court, 219 South Dearborn, Chicago, IL, Plaintiff's Second Amended Complaint, a copy of which is attached hereto and hereby served upon you.

Anita Rivkin-Carothers
Attorney for Plaintiff
33 North LaSalle Street, Suite 3300
Chicago, IL 60602
Tel: (312) 641-2901
Fax: (312) 332-3179

### Certificate of Mailing

I, Anita Rivkin-Carothers, certify that I served a copy of the foregoing Notice and Pleadings on the party addressed above by depositing same in the U.S. Mail with proper postage prepaid on July 26 2001.

Anita Rivkin-Carothers

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AARON SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| JOSE. HEREDIA # 735, EUGENE UFONTI | ) | No. 00 C 4297 |
| # 745, R. VAUCENTO # 770, A. OCHOA | ) | Judge Moran |
| #23, HERMAN DAVILA, and SUSAN | ) | |
| WHITE, Individually, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**DOCKETED**
JUL 2 6 2001

## SECOND AMENDED COMPLAINT

NOW COMES the Plaintiff, AARON SMITH, by and through his attorney, Anita Rivkin-Carothers, and complains against the Defendants, Jose Heredia #735, Eugene Ufonti #745. R. Vuacento #770, A. Ochoa #23, and Herman Davila and Susan White, all University of Illinois Police Officers, Individually as follows:

### COUNT I - EXCESSIVE FORCE

1. This action is brought pursuant to the laws of the United States Constitution, specifically 42 U.S.C. Section 1983 and Section 1988 and the laws of the State of Illinois;

2. Jurisdiction is based on Title 28 U.S.C. Section 1331 and 1338 and supplemental jurisdiction under Illinois State law;

3. Plaintiff, AARON SMITH, is an African American citizen of the United States, and was at all times relevant, a resident of the City of Chicago, County of Cook and State of Illinois;

4. The Defendants University of Illinois Police Officers, were at all times employed as University of Illinois Police Officers pursuant to the customs and policies of the University of Illinois Police Department;

5. That at all times relevant the Defendants were acting under color of law and within the scope of employment;

6. That on July 13, 1999, Plaintiff, AARON SMITH was leaving the University of Illinois Hospital as a patient, when Defendants Heredia, Ufonti, Vaucento, Ochoa, Herman Davila, and Susan White, University of Illinois Police Officers stopped Plaintiff and struck him, punched him, kicked him and threw him to the ground.

7. Without just cause or provocation Plaintiff was accused of stealing his hospital records, and was beaten, kicked, punched and thrown to the ground;

8. Plaintiff was arrested and handcuffed and taken to the police station;

9. The Plaintiff had not committed a crime and was not breaking any laws;

10. The actions of the Defendants in their use of force was unprovoked, excessive, and unreasonable;

11. As a result of the actions of the Defendants, Plaintiff suffered fear, emotional distress, pain, suffering, injuries, anxiety, discomfort, monetary expenses, monetary losses, and a violation of his constitutional rights;

12. The actions of the Defendants were intentional, willful and wanton;

13. The actions of the Defendants violated AARON SMITH'S Fourth and Fourteenth Amendment Rights under the United States Constitution and under the United States Constitution and under 42 U.S.C., Section 1983.

2

WHEREFORE, Plaintiff, AARON SMITH prays for judgment in his favor and against the Defendants, individually, jointly and severally for compensatory damages in excess of $50,000 and punitive damages of $50,000 against the Defendants, plus attorneys fees and costs.

## COUNT II - FAILURE TO INTERVENE

1-10. Plaintiff, AARON SMITH, hereby realleges and incorporates herein by reference the allegations of paragraphs 1 through 10 of Count I as his respective allegations of paragraphs 1 through 10 of Count II as fully set forth herein.

11. While the Defendants beat Plaintiff, other Defendants stood by and allowed this use of excessive force to occur and failed to intervene;

12. The actions of the Defendants were intentional, willful, and wanton;

13. Said actions violated Plaintiff's Fourth and Fourteenth Amendment Rights;

14. As a result of said actions described above, Plaintiff incurred pain, suffering, emotional distress, fear and monetary loss;

WHEREFORE, Plaintiff AARON SMITH, prays for judgment in his favor in the appropriate amount in excess of $50,000 in compensatory damages from all Defendants and $50,000 in punitive damages against each individual officer, plus attorney's fees and costs.

## COUNT III - FALSE ARREST

1-10. Plaintiff, AARON SMITH, hereby realleges and incorporates herein by reference the allegations of paragraphs 1 through 10 of Count II as his respective allegations of paragraphs 1 through 10 of Count III, as fully set forth herein;

11. Ina n effort to cover up the use of excessive force and their failure to intervene, the Defendants arrested and charged Plaintiff with theft and resisting arrest;

12. The Defendants did not have probable cause to arrest Plaintiff;

13. The actions of the Defendants violated Plaintiff's Fourth and Fourteenth Amendment Rights protected under the U.S. Constitution and under 42 U.S.C., Section 1983;

14. The actions of the Defendants were intentional, willful and wanton;

15. As a result of the actions of Defendants, Plaintiff suffered fear, emotional distress, anxiety, monetary expenses.

WHEREFORE, Plaintiff, AARON SMITH, prays for judgment in his favor in the appropriate amount in excess of $50,000 in compensatory damages from all Defendants and $50,000 in punitive damages against each individual officer, plus attorney's fees and costs.

## COUNT IV - MALICIOUS PROSECUTION

1-10. Plaintiff hereby realleges and incorporates herein by reference the allegations of paragraphs 1 through 10 of Count III as his respective allegations of paragraphs 1 through 10 of County IV as fully set forth herein;

4

11. The Defendants proceeded with the charges against Plaintiff, knowing they were false;

12. Plaintiff, AARON SMITH, went to a jury trial on the false charges;

13. The charges were resolved in Plaintiff's favor on a jury finding of not guilty;

14. The actions of the Defendants constituted malicious prosecution;

15. As a result of the actions of Defendant, Plaintiff incurred pain, suffering, emotional distress, anxiety, monetary expenses and losses.

WHEREFORE, Plaintiff, AARON SMITH, prays for judgment in his favor for compensatory damages in excess of $50,000 and punitive damages in excess of $10,000 plus costs.

## JURY DEMAND

Plaintiff requests trial by jury.

Respectfully submitted,

By: *[signature]*
Anita Rivkin-Carothers

Anita Rivkin-Carothers
30 North LaSalle Street
Suite 3300
Chicago, IL 60602
(312) 641-2901
Atty. No. 6189478

5