IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AARON SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| JOSE. HEREDIA # 735, EUGENE UFONTI | ) | No. 00 C 4297 |
| # 745, R. VAUCENTO # 770, A. OCHOA | ) | Judge Moran |
| #23, and SUSAN WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

**FILED**
JUN 21 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED**
JUL 1 1 2002

### NOTICE OF MOTION

TO: Paul A. Farahvar
Francis P. Kasbohm
Kurt B. Beranek
Gary M. Feiereisel
55 West Monroe Street, Suite 3400
Chicago, IL 60603-5081

**Please Take Notice** that on ~~JUNE 27~~ JULY 10, 2002, at 9:00 a.m., I shall appear before the Honorable Judge Moran, in Courtroom 1843, 219 South Dearborn Street, Chicago, IL, and shall then and there present Plaintiff's Motion To Compel Disclosure and Discovery, a copy of which is attached hereto and herby served upon you.

Anita Rivkin-Carothers
Attorney for Plaintiff
33 North LaSalle Street, Suite 3300
Chicago, IL 60602
Tel: (312) 641-2901
Fax: (312) 332-3179

*Certificate of Service*

I, Anita Rivkin-Carothers, the attorney, certify that I served a copy of the foregoing Notice and Pleadings on the parties addressed above by depositing same in the U.S. Mail at 33 North LaSalle, Chicago, IL, with proper postage prepaid on June 21, 2002.

Anita Rivkin-Carothers

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED JUL 1 1 2002

FILED JUN 2 1 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| AARON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 00 C 4297 |
| JOSE. HEREDIA # 735, EUGENE UFONTI ) | Judge Moran |
| # 745, R. VAUCENTO # 770, A. OCHOA ) | |
| #23, and SUSAN WHITE, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO COMPEL DISCLOSURE AND DISCOVERY**

NOW COMES Plaintiff, Aaron Smith by his attorney, Anita Rivkin-Carothers, and moves this Honorable Court, pursuant to Rule 37, Fed. R. C. Proc., for an order compelling Defendants to cooperate in discovery and make disclosures. In support of the motion, Plaintiff states as follows:

1. On March 21, 2002, Plaintiff served on Defendants, Interrogatories and Request for Production. See Exhibit A. attached hereto and made a part hereof

2. Defendants failed or refused to respond.

3. On May 15, 2002, this Court set this matter for jury trial on August 26, 2002.

4. On June 1, 2002, Plaintiff sought to obtain disclosure in the spirit of Rule 2.11. See Exhibit B attached hereto and made a part hereof.

5. As of June 21, 2002, Defendants have failed or refused to make disclosures.

WHEREFORE, Plaintiff prays that this Honorable Court order Defendants as follows:

    A.    respond to Interrogatories and Production Requests within 7 days;

    B.    For any other further relief or sanctions deemed appropriate.

> Respectfully submitted,
> AARON SMITH
>
> BY: _____
> Attorney For Plaintiff

Anita Rivkin-Carothers
33 North LaSalle Street
Suite 3300
Chicago, IL 60602
Tel. (312) 641-2901
Fax: (312) 332-3179

2

## ANITA RIVKIN-CAROTHERS & ASSOCIATES
ATTORNEYS AT LAW
33 NORTH LASALLE STREET, SUITE 3300
CHICAGO, ILLINOIS 60602
(312) 641-2901
FAX (312) 332-3179

OF COUNSEL
BRUCE E. ADELMAN

ALSO LICENSED IN MISS
ANITA RIVKIN-CAROT

June 1, 2002

*Via Facsimile (312) 782-4537 and First Class Mail*

Frank P. Kasbohm
Fraterrigo Beranek Feiereisel & Kasbohm
55 West Monroe Street, Suite 3400
Chicago, IL 60603-5081

RE: *Smith v. Heredia  Court No. 00 C 4297*

Dear Mr. Kasbohm:

As of this date, I have not received the Defendants' responses to interrogatories nor the production of documents requested.

In light of the fact that this matter is set for jury trial on August 26, 2002, I would appreciate receiving these discovery requests within 14 days.

Please accept this letter in the spirit of avoiding Rule 37 Motions.

Very truly yours,

Anita Rivkin-Carothers


EXHIBIT B

## ANITA RIVKIN-CAROTHERS & ASSOCIATES
ATTORNEYS AT LAW
33 NORTH LASALLE STREET, SUITE 3300
CHICAGO, ILLINOIS 60602
(312) 641-2901
FAX (312) 332-3179

OF COUNSEL
BRUCE E. ADELMAN

ALSO LICENSED IN MISSOURI
ANITA RIVKIN-CAROTHERS

March 21, 2002

Francis P. Kasbohm
Fraterrigo Branek Feireisel & Kasbohm
55 West Monroe Street, Suite 3400
Chicago, IL 60603

RE: *Smith v. Heredia et al. Court No 00 C 4297*

Dear Mr. Kasbohm:

Enclosed are Plaintiff's First Set of Interrogatories to be answered by each defendant, and Plaintiff's First Request for Production of Documents.

Very truly yours,

Anita Rivkin-Carothers
Enclosures

ARC/mdm

