IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 00 C 4297 |
| JOSE. HEREDIA # 735, EUGENE UFONTI ) | |
| # 745, R. VAUCENTO # 770, A. OCHOA ) | Judge Moran |
| #23, and SUSAN WHITE, ) | |
| ) | |
| Defendants. ) | |

**FILED**

AUG 1 2 2002

Judge James B. Moran
United States District Court

**DOCKETED**

AUG 2 1 2002

### NOTICE OF FILING

TO: Paul A. Farahvar
Francis P. Kasbohm
Kurt B. Beranek
Gary M. Feiereisel
55 West Monroe Street, Suite 3400
Chicago, IL 60603-5081

**Please Take Notice** that on August 12, 2002, I filed with the Clerk of the U.S. District Court, 219 South Dearborn Street, Chicago, IL, Plaintiff's Pretrial Order, a copy of which is attached hereto and herby served upon you.

Anita Rivkin-Carothers
Attorney for Plaintiff
33 North LaSalle Street, Suite 3300
Chicago, IL 60602
Tel: (312) 641-2901
Fax: (312) 332-3179

### *Certificate of Service*

I, Anita Rivkin-Carothers, the attorney, certify that I served a copy of the foregoing Notice and Pleadings on the parties addressed above by depositing same in the U.S. Mail at 33 North LaSalle, Chicago, IL, with proper postage prepaid on August 12, 2002, 2002.

Anita Rivkin-Carothers

# SEE CASE FILE FOR PRE-TRIAL ORDER